# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  September 25, 2014                518418
_____

In the Matter of the Claim of
    KAI NICHOLS,
                    Appellant.

                                        MEMORANDUM AND ORDER

COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:  August 4, 2014

Before:  Peters, P.J., McCarthy, Garry, Egan Jr. and Lynch, JJ.

_____

       Kai Nichols, White Plains, appellant pro se.

       Eric T. Schneiderman, Attorney General, New York City (Bessie Bazile of counsel), for respondent.

_____

       Appeal from a decision of the Unemployment Insurance Appeal Board, filed May 13, 2013, which, among other things, ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.

       Decision affirmed.  No opinion.

       Peters, P.J., McCarthy, Garry, Egan Jr. and Lynch, JJ., concur.

ORDERED that the decision is affirmed, without costs.




               ENTER:

               Robert D. Mayberger
               Clerk of the Court